UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JURICICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-06413-WHO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE**<br><br>Re: Dkt. No. 14 |

On November 13, 2019, parties filed a stipulation seeking to continue the scheduled hearing on defendants' motion to dismiss. Dkt. No. 14. Having reviewed the stipulation, **IT IS HEREBY ORDERED** that the schedule hearing on defendants' motion to dismiss is continued to January 29, 2020. Plaintiff's opposition is due on January 8, 2020, and defendants' reply is due January 15, 2020. The Case Management Conference is continued to February 25, 2020.

Dated: November 27, 2019



William H. Orrick
United States District Judge