UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JURICICH,

    Plaintiff,

  v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

Case No. 19-cv-06413-WHO

**ORDER ADJUSTING DATES**

In light of plaintiff's request to move the hearing on his motion for partial summary judgment from January 6, 2021 to January 13, 2021, and his request for three extra days to oppose defendant's motion for summary judgment (Dkt. No. 73), I will revise various related dates as follows:

1. Plaintiff and defendants may each have a three-day extension to file oppositions to the pending motions (to December 11 and 12, respectively). The replies shall be filed one week later.

2. The hearings on both motions are now set for January 13, 2021 at 2 p.m.

3. If defendants wish to further adjust the schedule concerning discovery or the trial date after reviewing the documents produced in November and taking the depositions allowed by the Minute Order (Dkt. No. 72), they may file a joint letter by January 8, 2021 and I will rule on that request on January 13, 2021.

**IT IS SO ORDERED.**

Dated: December 3, 2020

William H. Orrick
United States District Judge