UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JURICICH,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 19-cv-06413-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT; DENYING RULE 54(B) MOTION AND ADMINISTRATIVE MOTION TO MODIFY PRE-TRIAL SCHEDULE AS MOOT**<br><br>Re: Dkt. Nos. 99, 101, 103 |

On January 29, 2021, I denied plaintiff Michael Juricich's motion for partial summary judgment and granted in part and denied in part defendants' motion for summary judgment. Dkt. No. 98. The parties have now agreed to a settlement. Dkt. No. 103. IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and any hearings scheduled in this matter are VACATED. However, if any party certifies, within ninety (90) days, that settlement has not occurred, or that settlement of the claims is without prejudice, this order shall be vacated and the case be reopened for further proceedings.

Juricich's motion for entry of judgment under Rule 54(b), Dkt. No. 99, and administrative motion to modify the pre-trial schedule, Dkt. No. 101, are DENIED as moot.

**IT IS SO ORDERED.**

Dated: February 8, 2021

William H. Orrick
United States District Judge